JaVonne M. Phillips, Esq. SBN 187474
Nancy Lee, Esq. SBN 272035
**McCarthy & Holthus, LLP**
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108
Phone (877) 369-6122
Fax (619) 685-4811

Attorneys for Wells Fargo Bank, N.A.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| IN RE: | § | Case Number: 21-20922 |
| | § | |
| **Kyle Curtis Ash,** | § | Chapter: 13 |
| | § | |
| Debtor. | § | |

**REQUEST FOR SPECIAL NOTICE
PURSUANT TO BANKRUPTCY RULES 2002, 9014 AND 7004**

    PLEASE TAKE NOTICE that McCarthy & Holthus, LLP has been retained by Wells Fargo Bank, N.A. in the above-referenced bankruptcy case.

    McCarthy & Holthus, LLP and Wells Fargo Bank, N.A. hereby request special notice of all matters which must be noticed pursuant to the Bankruptcy and Local rules at the following addresses:

| | |
|---|---|
| Wells Fargo Bank N.A. | Nancy Lee, Esq. |
| Default Document Processing | c/o McCarthy & Holthus, LLP |
| MAC N9286-01Y | 2763 Camino Del Rio South, Suite 100 |
| 1000 Blue Gentian Road | San Diego, CA 92108 |
| Eagan, MN 55121-7700 | |

    Any appearances or filings of other documents in the instant case shall not constitute a waiver of Fed.R. Bankr. Rule 7004. Wells Fargo Bank, N.A. must be served directly and does not authorize McCarthy & Holthus, LLP to act as its agent for purposes of service under Fed.R. Bankr. Rule 7004.

Dated: 3/19/2021                            McCarthy & Holthus, LLP

                                           By:  /s/ Nancy Lee
                                                  Nancy Lee, Esq.
                                                  Attorneys for Wells Fargo Bank, N.A.

M&H File No. CA-21-165235