**2**

DAVID P CUSICK, #160467 TRUSTEE
NEIL ENMARK, #159185, Attorney for Trustee
KRISTEN A. KOO, STATE BAR #230856, Attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
legalmail@cusick13.com
(916) 856-8000

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: 21-20922-A-13C |
| | ) | DCN: DPC-1 |
| | ) | |
| KYLE CURTIS ASH, | ) | DECLARATION OF NEIL ENMARK |
| | ) | IN SUPPORT OF TRUSTEE'S |
| | ) | OBJECTION TO CONFIRMATION |
| | ) | |
| | ) | DATE:            MAY 25, 2021 |
| | ) | TIME:            9:00 A.M. |
| | ) | JUDGE:          CLEMENT |
| Debtor(s)            ) | COURTROOM:   28 |

I, Neil Enmark, do hereby state and declare as follows:

1.  I am over the age of eighteen years old and not a party to this action.

2.  I am employed by DAVID P. CUSICK, TRUSTEE, and in the course of my employment, I have become familiar with his records and procedures, and the records of this case, and I can testify as to both.

1

3.  I have reviewed the Trustee's records and show that Debtor's plan proposes no less than 77% to unsecured claims which are estimated at $5,693.00, (Plan, DN 3, Page 5, §3.14.)  The Debtor's calculated monthly disposable income is $7,572.00, (Forn 122C-2, DN 1, Page 57, Line 45.)

4. I show the Trustee's records show that no payments have been received in this case to date where it shows $5,060.00 due under the plan, (DN 3, Page 2, §2.01.)

5. I show that no claim has been filed by ACM Investor Services to date, where the plan calls for this claim to be paid in full, (Plan, DN 3, Page 4, §3.08), and the plan normally requires a claim to be filed to be paid, (Plan, DN 3, Page 1, §3.01.)

6. I show ebtor has only two scheduled secured debts, Wells Fargo Home Mortgage and ACM Investor Services, and seven separate real properties, (DN 1, Pages 11-14.)  Debtor proposes to pay Wells Fargo Home Mortgage directly as Class 4 and to pay ACM Investor Services in full as Class 2, (Plan, DN 3, Page 4, §§3.08(d), 3.10.)

7. I show Debtor owns 100% of AKC Properties, LLC, 15% of D & D Reit, Inc., and an interest in Curtis Property Investments, LLC, (Statement of Financiaal Affairs, DN 1, Page 46, Question 27; Schedule A/B, DN 1, Page 19, Question 19.)  Debtor also owns 20% and is the executor of his grandparents trusts, (Schedule A/B, DN 1, Page 19, Question 25.)  Schedule I includes 12 months profit and loss, (by Solano Property Management, DN 1, Pages 34-36.)

8. I show Debtor has scheduled the value of his interests in LLC as "Unknown." (Schedule A/B, DN 1, Page 19, Question 19.)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on APRIL 28, 2021, at Galt, California.

/s/Neil Enmark
Neil Enmark, Attorney for Trustee

2