**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                          ) Case No. 21-20922 - A - 13
Kyle Curtis Ash,               ) Docket Control No. DPC-1
         Debtor.               ) Document No. 15
                               ) Date: 05/25/2021
                               ) Time: 9:00 AM
_____) Dept: A
```

**Order**

Findings of fact and conclusions of law are stated in the civil minutes for the hearing.

The chapter 13 trustee's objection to confirmation has been presented to the court. Having considered the objection, oppositions, responses and replies, if any, and having heard oral argument presented at the hearing,

IT IS ORDERED that the objection is sustained. The court denies confirmation of the chapter 13 plan.

Dated: May 26, 2021

Fredrick E. Clement
United States Bankruptcy Judge

[15] - Objection to Confirmation of Plan by DAVID P. CUSICK [DPC-1] Filed by Trustee David Cusick (isaf)