**4**

SCHEER LAW GROUP, LLP
JOSHUA L. SCHEER #242722
REILLY D. WILKINSON #250086
155 N. Redwood Drive, Suite 100
San Rafael, CA  94903
Telephone:  (415) 491-8900
Facsimile:  (415) 491-8910
SLG File No.: A.065-033S-B

Attorneys for ACM INVESTOR SERVICES, INC., its successors and/or assignees

UNITED STATES BANKRUPTCY COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re: | Bk. No. 21-20922-FEC |
| KYLE CURTIS ASH, | Chapter 13 |
| Debtor. | DCN No.: RDW-001 |
| | DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY |
| | Hearing-<br>Date:   June 29, 2021<br>Time:   9:00am<br>Place:  Bankruptcy Court<br>             501 I Street, Seventh Floor<br>             Courtroom 28<br>             Sacramento, California<br>**VIA TELEPHONE/VIDEOCONFERENCE** |

I, <u>KATHIE KNIGHTEN</u>, declare and state:

1.        As to the following facts, I know them to be true of my own personal

knowledge and if called upon to testify in this action, I could and would testify competently to

the following facts personally known to me to be true.

2.        I am an employee of ACM INVESTOR SERVICES, INC. ("**Servicer**"),

servicer for DAVID WILLIAM BULLMANN, IRA ("**Beneficiary 1**"), PHILIP AYERS

BROWNING, et al ("**Beneficiary 2**"), ALAN RAZNICK AND NANCY G. RAZNICK, et al

1

1    ("**Beneficiary 3**") and CARLIE BERKE FAMILY TRUST, et al ("**Beneficiary 4**") their

2    successors and/or assignees, (collectively referred to as the "**Movant**"). I am the employee of

3    Movant most familiar with this case and the facts herein and am authorized to make these

4    statements on behalf of Movant.  I have reviewed the loan service records of Movant before

5    making these statements.  The loans service records are kept in the regular course of business, at

6    or near the time of the event which is noted or memorialized.  As to any statements regarding

7    equity or lack of equity contained within this Declaration, which are made upon information and

8    belief, these statements are made after examination of the loan file and after consideration of the

9    following factors

10           1)     the loan to value ratio;

11           2)     amount of arrearages; and

12           3)     the Debtor's schedules

13           1.     KYLE CURTIS ASH ("**Debtor**")  is an individual and the Chapter 13

14    Debtor herein.

15           2.     DAVID CUSICK has been appointed as the Chapter 13 Trustee in the

16    instant bankruptcy.  By virtue of his position as Chapter 13 Trustee, he may hold title to the

17    subject property in that capacity.  To the extent relief sought herein is granted, DAVID CUSICK

18    should be bound by any such judgment.

19           3.     On March 16, 2021, Debtor, filed a Petition under Chapter 13 of the

20    Bankruptcy Code.

21           4.     Movant is the current payee of a Promissory Note dated July 24, 2018 in

22    the principal amount of $266,500.00 (the "**Note**") secured by a First Deed of Trust of same date,

23    which bears interest as specified therein.  The original Note is held by Movant and a copy is

24    attached hereto as Exhibit "1" and is incorporated herein by reference.

25           5.     The indebtedness evidenced by the Note is secured by a Deed of Trust (the

26    "Deed of Trust") executed and recorded in Solano County and which encumbers the real

27    property located at **531 WESTWOOD COURT, VACAVILLE, CA 95688** (the "**Property**").

28

1   A copy of the Deed of Trust is attached hereto as Exhibit "2" and incorporated herein by

2   reference.

3            6.       Movant is the current holder of the Note and maintains all beneficial

4   interest relating to the subject loan.

5            7.       On November 21, 2018, ACM Investor Service, Inc assigned and

6   transferred for beneficiary vesting  IRA Services Trust Company, Custodian FBO, David

7   William Bullman, IRA as to an undivided 5.6285% interest and Phillip Ayers Browning, Trustee

8   of the Phillip Browning 2014 Revocable Trust as to an undivided 46.9043% interest and Alan M.

9   Raznick, Trustees of the Raznick Family Trust as to an undivided 23.7336% interest and Carlie

10   Berke Family Trust, Carlie P. Headapol, Trustee as to an undivided 23.7336% interest. A copy of

11   the assignment of Deed of Trust is attached hereto as Exhibit "3".

12            8.       D&D REIT, INC ("**Borrower**") is the borrower on the loan secured by the

13   Property, which is the subject of this Declaration, not the Debtor.

14            9.       Sometime after entering into the loan agreement with Movant, Borrower

15   allegedly transferred an interest in the Property to Debtor and Curtis Williams ("**Mr. Williams**").

16   A copy of the Grant Deed is attached hereto as Exhibit "4".  Movant did not authorize this

17   transfer and was not aware of the transfer.  The Grant Deed is not signed, but it was recorded in

18   Solano County.

19            10       Borrower has defaulted on the Note.  On the basis of the Borrower's

20   failure to make required payments the Borrower is now due and owing to Movant:

21

| | |
|---|---|
| Unpaid Principal Balance: | $266,500.00 |
| Pre-Petition Arrearages:<br>(per filed Proof of Claim) | $22,186.18 |
| Post-Petition Delinquencies: | |
| 2 Monthly Payment for<br>4/1/2021 and 5/1/2021 at $1,998.75 | $3,997.50 |
| Accrued Late Charges | $199.88 |
| Attorneys' Fees | $1,238.00 |
| TOTAL POST-PETITION DELINQUENCY DUE | $5,435.38 |

3

10.     The total amount now owed to Movant is $271,935.38 as of May 11, 2021. Please note the amount to payoff the loan will be less, if the loan is paid off, as the payments include principal and interest.

**MOVANT'S LOAN FULLY MATURES ON AUGUST 1, 2021.**

11.     Interest continues to accrue as set forth in the Note.

12.     Movant has performed each and every act required by the terms of the Deed of Trust.

13.     Attached to this Declaration is an Account Statement which provides a post-petition payment history, which evidences the post-petition obligations that are accrued and are unpaid.  The Account Statement shows when each post-petition payment was due, all payments received by Movant, the date each post-petition payment was received by Movant and to which months those payments were applied.  A copy of the Account Statement is attached hereto as Exhibit "5" and is incorporated herein by reference.

14.     The Note and Deed of Trust provide that Movant shall be entitled to recover from the Debtor and that the real property shall secure the payments of all attorney's fees and costs incurred by Movant to collect upon the real property.  By virtue of the Debtor's default, Movant has necessarily incurred such fees and costs and will continue to incur such fees and costs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on MAY 21 , 2021 , at SAN RAFAEL, CA *(city, state).*

KATHIE KNIGHTEN

4