**2**

SCHEER LAW GROUP, LLP
JOSHUA L. SCHEER #242722
REILLY D. WILKINSON #250086
155 N. Redwood Drive, Suite 100
San Rafael, CA 94903
Telephone: (415) 491-8900
Facsimile: (415) 491-8910
SLG File No.: A.065-033S-B
Attorneys for ACM INVESTOR SERVICES, INC., its successors and/or assignees

UNITED STATES BANKRUPTCY COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>KYLE CURTIS ASH,<br><br>                    Debtor, | Bk. No. 21-20922-FEC<br><br>Chapter 13<br><br>DCN. No. RDW-001<br><br>**<u>DECLARATION OF LAYLA GABERTAI IN SUPPORT OF MOTION FOR RELIEF FROM AUTOMATIC STAY</u>**<br>Hearing-<br>Date: June 29, 2021<br>Time: 09:00 am<br>Place: Bankruptcy Court<br>      501 I Street, Seventh Floor<br>      Courtroom 28<br>      Sacramento, California<br>**VIA TELEPHONE OR VIDEO CONFERENCE** |

        I, LAYLA GABERTAI, declare and state as follows:

        1.     As to the following facts, I know them to be true of my own personal knowledge, and if called upon to testify in this action, I could and would testify competently to the following facts personally known by me to be true.

        2.     I am a paralegal with the Scheer Law Group LLP, who is attorney of record for the ACM INVESTOR SERVICES, INC., its successors and/or assignees ("Lender").

1        3.     I have personal knowledge of the facts set forth in this Declaration, and if
2 called upon as a witness, would and could competently testify to the following.
3        4.     Pursuant to the Trustee's website, the Debtor has failed to make his first
4 two plan payments and is $10,120 delinquent to the Trustee.

6    I declare under penalty of perjury under the laws of the United States of America that the
7 foregoing is true and correct and that this Declaration was executed on June 7, 2021, at Irvine,
8 California *(city, state).*

                                   /s/ Layla Gabertai
                                   LAYLA GABERTAI