**2**

DAVID P. CUSICK, TRUSTEE #160467
NEIL ENMARK, #159185, attorney for Trustee
KRISTEN A. KOO, #230856, attorney for Trustee
P.O. Box 1858
Sacramento, California 95812-1858
legalmail@cusick13.com
(916) 856-8000

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| IN RE: | ) Case No: 21-20922-A-13C |
| | ) DCN: RDW-1 |
| | ) |
| KYLE CURTIS ASH, | ) TRUSTEE'S RESPONSE TO |
| | ) MOTION FOR RELIEF FROM |
| | ) AUTOMATIC STAY |
| | ) |
| | ) DATE: JUNE 29, 2021 |
| | ) TIME: 9:00 A.M. |
| | ) JUDGE: FREDRICK E. CLEMENT |
| Debtor(s) | ) COURTROOM: 28 |

    DAVID P. CUSICK, TRUSTEE, responds to the motion of ACM INVESTOR SERVICES, INC, its successors and/or assignees regarding real property 531 Westwood Court, Vacaville, Ca 95688, as:

    1. No new plan has been filed since the Trustee's objection to confirmation was sustained May 26, 2021, (DN 25.) Under the last plan Debtor is delinquent $4,680.00 (less than one plan payment) in payments to the Trustee with the total last payment of $10,500.00 posted on June 14, 2021.

2. Movant is included in Debtor's pending plan as Class 2 (DN 3, Section 3.08, Page 4.) and has filed Proof of Claim 4-1 on April 28, 2021 in the secured amount of $288,686.18 and arrears of $22,186.18, noting that Debtor is not the borrower on the loan (Page 4.) The Trustee has not disbursed any funds to date where the only plan payment was made on June 14, 2021, and the only secured claim provided to be paid by the Trustee under the plan is for the movant and was provided for as Class 2 without a personal property money security interest.

3. According to Movant's declaration, servicer ACM INVESTOR SERVICES, INC. is the current holder of the Promissory Note dated July 24, 2018, where D&D Reit, Inc. was the borrower on the loan. The proof of claim, (Claim 4, Page 19), includes a recorded grant deed from D&D REIT, Inc. to the Debtor. The loan appears in post-petition default in the amount of $5,435.38, with the loan fully maturing on August 1, 2021 for $271,935.38, as of May 11, 2021. (DN 31, Page 3, Lines 3-18 and 28 and Page 4, Lines 1-4.)

4. The Debtor shows seven real properties on Schedule A/B, (DN 1, Pages 11-14), and includes three 12-month cashflows for properties with Schedule I, (DN 1, Pages 34-36.)

WHEREFORE, the Trustee requests that the Court consider these matters.

Dated: JUNE 21, 2021

　　　　　　　　　　　　　　　　　　　/s/*Neil Enmark*
　　　　　　　　　　　　　　　　　　　NEIL ENMARK, Attorney for Trustee