Joseph C. Rosenblit (SBN 131663)
Law Offices of Joseph C. Rosenblit
1370 N. Brea Blvd., Suite 235
Fullerton, CA 92835
Phone: 877-475-7065
Email: rosenblitlawyer@gmail.com

**Attorneys for Debtor**

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>**Kyle Curtis Ash** | Chapter 13<br>Case No.: 2021-20922<br>D.C. # JCR-1<br>Date: August 3, 2021<br>Time: 9:00 a.m.<br><br>Place: 501 I Street, 7th Floor, Courtroom 28, Sacramento, CA<br><br>Department: A<br><br>Judge: Fredrick E. Clement |

### DECLARATION OF DEBTOR

I, Kyle Curtis Ash, hereby declare as follows:

1. I filed a First Amended Chapter 13 Plan on June 23, 2021.

2. I proposed a plan that provides for paying 100% of the filed and allowed claims of unsecured creditors;

3. I can afford the new proposed plan payment on the 1st deed of trust.

4. I filed amended schedules I & J documenting my ability to pay the ongoing plan payments.

5. I accounted for an interest rate to the Creditor as was the issue on the creditors side.

6. My amended schedules show I have the ability to pay the ongoing plan payments which was the Trustee's issue on my original plan filed.

7. I am also willing to sell the real property which has at least 40% equity in it to account for any issue the Trustee and/or the Creditor may have moving forward.

8. I have signed the plan prepared by our attorney and ask the court to please confirm the plan. I believe the plan complies with §1325(a) including as follows:

    a. I proposed a good faith plan;

    b. My bankruptcy petition was filed in good faith;

    c. I don't have any domestic support obligations;

    d. I have filed all required tax returns through 2019; and

9. I can afford and will make the plan payments.

Dated: June 23, 2021

/s/ Kyle Curtis Ash

Debtor

**DECLARATION OF DEBTOR IN SUPPORT OF CONFIRMATION**