Joseph C. Rosenblit (SBN 131663)
Law Offices of Joseph C. Rosenblit
1370 N. Brea Blvd., Suite 235
Fullerton, CA 92835
Phone: 877-475-7065
Email: rosenblitlawyer@gmail.com

**Attorneys for Debtor**

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>**Kyle Curtis Ash**<br><br><br><br><br>Debtor | Case No.: 2021-20922<br><br>Chapter: 13<br><br>DCN. No. RDW-1<br><br>HEARING:<br><br>DATE: JUNE 29, 2021<br>TIME: 9:00 AM<br>COURTROOM: 28<br>JUDGE: HON. FREDRICK E. CLEMENT |

## DEBTORS' OPPOSITION TO ACM INVESTOR SERVICES, INC.'S MOTION

## FOR RELIEF FROM THE AUTOMATIC STAY

Debtor opposes the Motion for Relief From Stay on the following grounds:

1. The value of the property is at least $500,000.00. The current balance of ACM Investor Services, Inc. proof of claim is 288,686.18. The Debtor has atleast a 39% equity cushion.

2. The Debtor has a buyer ready to purchase the property for $500,000.00.

3. The Debtor has proposed an amended plan that fixes the Creditors issues with confirmation and the Trustee's issues. Currently set for hearing on August 3, 2021 @ 9:00 am.

4. There is an Adversary proceeding filed based upon unjust enrichment, insider lending and proposed fraud having to do with this loan.

5. The Debtor would like to sell the property to his buyer and have the Trustee hold funds until the adversary proceeding is settled.

6. The Debtor would agree to monthly disbursements based upon the 1st Amended plan as the adversary proceeding is being argued. This would protect all parties interest from being harmed and give the Creditor even more adequate protection then the 39% they currently hold.

WHEREFORE, the Debtor requests the Court consider the matter.

Dated: June 23, 2021

/s/ Joseph C. Rosenblit
Joseph C. Rosenblit
Attorney for Debtor