**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                          ) Case No. 21-20922 - A - 13
Kyle Curtis Ash,               ) Docket Control No. DPC-2
         Debtor.               ) Document No. 57
                               ) Date: 08/17/2021
                               ) Time: 9:00 AM
_____) Dept: A
```

**Order**

Findings of fact and conclusions of law are stated in the civil minutes for the hearing.

The trustee's motion to dismiss this chapter 13 case has been presented to the court. Having entered the default of respondent debtor for failure to appear, timely oppose, or otherwise defend in the matter, and having considered the well-pleaded facts of the motion,

IT IS ORDERED that the motion is granted because of the delinquency under the proposed chapter 13 plan in this case. The court hereby dismisses this case.

Dated: August 19, 2021

_____
Fredrick E. Clement
United States Bankruptcy Judge

[57] - Motion/Application to Dismiss Case [DPC-2] Filed by Trustee David Cusick (isaf)